CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 17 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN EDWARD DAVIS,<br>Petitioner, | ) )<br>) | Civil Action No. 7:06CR00055 |
| v. | ) )<br>) | **FINAL ORDER** |
| UNITED STATES OF AMERICA<br>Respondent. | ) )<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

ADJUDGED AND ORDERED

that Respondent's Motions to Dismiss (Dkt. Nos. 91 & 104) are **GRANTED**. Accordingly, the Petitioner's Motion to Vacate Sentence (Dkt. No. 81) is **DENIED**. The Clerk of Court is directed to strike the matter from the court's active docket and to send a copy of this final order and accompanying Memorandum Opinion to Petitioner and counsel of record for the Respondent.

ENTER: This 17th day of November, 2009.

_____
Senior United States District Judge